UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Billy Joe Disinger and Cathy Geraldine Disinger**
a/k/a Cathy Scarlett
S.S. Nos.: xxx-xx-1219 and xxx-xx-5897
Mailing Address: 2 Tanglewood Drive, Southern Pines, NC 28387-

Case No. 11-80439

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on March 15, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: March 28, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 3/10/11 |
|---|---|
| Lastname-SS#: | Disinger-1219 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | None | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | None |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $758 |
| State Taxes | $14 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$105** per month for **36** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **28.32** months.

Sch D # = The number of the secued debt as listed on Schedule D
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments
* Co-sign protect on all debts so designated on the filed schedules
** = Greater of DMI x ACP or EAE   (Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Cash Jar
Post Office Box 025250
Miami, FL 33102-5250

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

500 Fast Cash
418 G St SE
Miami, OK 74354-8210

Cash Jar
Post Office Box 025250
# 15050
Miami, FL 33102-5250

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

ABC Loan
286 Waterloo Path
Olympia, WA 98513

Cash Jar
PO BOX 1639
Belize City, Belize, CA

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Advantage Cash Services
Post Office Box 111
Miami, OK 74354-1904

Cash Jar
2500 Wilcrest Drive Suite 201
Houston, TX 77042

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Ameriloan
3531 P Street NW
Post Office Box 111
Miami, OK 74355

Cash Jar
PO BOX 025250, #15050
Miami, FL 33102

Experian
P.O. Box 2002
Allen, TX 75013-2002

Ameriloan.com
Internet Cash Advance Marketing
#5-2368 Laurel Street
Vancouver, BC V5Z4M9

Cash USA Solomon Internet
2780 South Jones Boulevard
Las Vegas, NV 89146

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Bank of America
Post Office Box 15026
Wilmington, DE 19886-5026

Century Link
Post Office Box 4300
Carol Stream, IL 60197-4300

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Bureau of Recovery, LLC
1813 East Dyer Raod
Suite 411
Santa Ana, CA 92705

Cooper's Pharmacy
Post Office Box 668
Vass, NC 28394

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Capital One
Post Office Box 85015
Richmond, VA 23285-5075

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402-6140

| | | |
|---|---|---|
| Credit One Bank<br>585 South Pilot Street<br>Las Vegas, NV 89119 | George Brown Associates, Inc.<br>2200 Crown Post Executive Dr.<br>Charlotte, NC 28227 | North Carolina Department of Rev<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 |
| Credit Protection<br>13355 Noel Road #2100<br>Dallas, TX 75240-6612 | GMAC Mortgage<br>Post Office Box 4622<br>Waterloo, IA 50704 | North Carolina Dept of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Jackie & Anita Dove<br>1277 Laurel Court<br>Vass, NC 28394 | HSBC Bank<br>Post Office Box 5253<br>Carol Stream, IL 60197 | North Carolina Employment Securi<br>Commission<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 |
| E Payday Loans<br>Post Office Box 571992<br>Salt Lake City, UT 84157 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Paragon Leasing/Alliance<br>9757 Military Parkway<br>Dallas, TX 75227 |
| Extrafunds.com<br>c/o Tribal Court<br>Post Office Box 140<br>Box Elder, MT 59521 | JC Christensen & Associates<br>Post Office Box 519<br>Sauk Rapids, MN 56379 | PDLnow.com<br>Post Office Box 5135<br>Wilmington, DE 19808 |
| First Health Center for<br>Health and Fitness<br>170 Memorial Drive<br>Pinehurst, NC 28374 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | Pinehurst Medical<br>205 Page Road<br>Pinehurst, NC 28374 |
| First Premier<br>3820 North Louise Avenue<br>Sioux Falls, SD 57107 | Merrick Bank<br>10705 South Jordan Gateway<br>Suite 200<br>South Jordan, UT 84095 | Progress Energy Carolinas<br>c/o Interstate Credit Collections<br>Post Office Box 3136<br>Winston Salem, NC 27102-3136 |
| GC Services<br>6330 Gulfton<br>Houston, TX 77081 | Midland<br>8875 Aero Drive<br>Ste 200<br>San Diego, CA 92123 | Resurgent<br>625 Pilot Road<br>Ste 2<br>Las Vegas, NV 89119 |
| Genesis Financial<br>c/o Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154 | NCO Financial Systems<br>Post Office Box 15630<br>Wilmington, DE 19850 | Robinson, Regan & Young, P.C<br>260 Cumberland Bend<br>Nashville, TN 37228-1804 |

Santander
8585 North Stemmons Freeway
Suite 1100-N
Dallas, TX 75247

Spot on Loans
Post Office Box 140
Box Elder, MT 59521

Sprint
Post Office Box 8077
London, KY 40742

SSM Group
Post Office Box 558
Mission, KS 66201

SST/CIGPFI
4315 Pickett Road
Saint Joseph, MO 64503

Star Cash Processing
Post Office Box 111
Miami, OK 74355-0111

Stevens Driving Academy of Texas
9757 Military Parkway
Dallas, TX 75227

Time Warner Cable
Attn: Collections
2505 Atlantic Avenue
Raleigh, NC 27604

Time Warner Cable
Post Office Box 9037
Addison, TX 75001-9037

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Water Service Corporation
c/o Affiliated Credit Services
Post Office Box 7739
Rochester, MN 55903

WFNNB/FBVI
PO Box 182273
Columbus, OH 43218